AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 15, 2024**

SEAN F. McAVOY, CLERK

ARELIS VARGAS-RUIZ and ROBERTO MARTINEZ GONZALEZ,

*Plaintiff*

v.

LOREN K. MILLER, ALEJANDRO MAYORKAS, UR MENDOZA JADDOU, ANTONY J. BLINKEN, PHILLIP SLATTERY, RICHARD C. VISEK, WENDY R. SHERMAN, RENA BITTER, KEN SALAZAR, ERIC COHAN, and KENT MAY,

*Defendant*

Civil Action No.  2:23-CV-00130-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Defendants' Motion to Dismiss, ECF No. 5, is GRANTED.
The Stipulated Motion to Dismiss Defendants Loren K. Miller and Alejandro Mayorkas, ECF No. 18, is GRANTED.
Plaintiff's Complaint, ECF No. 1, is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke  on  motion to dismiss.

Date:  March 15, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore